**93–2012.** State ex rel. Beacon Journal Publishing Co. v. Akron. *Summit County*, No. 15872. Reported at 70 Ohio St.3d 605, 640 N.E.2d 164. On motion for reconsideration. Motion denied.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.
STEPHEN R. SHAW, J., of the Third Appellate District, sitting for WRIGHT, J.

**94–947.** Guendelsberger v. Ng. *Hardin County*, No. 6–93–4. Reported at 70 Ohio St.3d 1473, 640 N.E.2d 846. On motion for reconsideration and on motion to transmit record. Motions denied.

**94–1222.** State ex rel. Wright v. Ohio Adult Parole Auth. *Franklin County*, No. 93AP–622. Reported at 70 Ohio St.3d 1473, 640 N.E.2d 845. On motion for reconsideration. Motion granted and direct appeal restored to active docket.
WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–1394.** Kester v. Rodgers. *Lake County*, Nos. 93–L–056 and 93–L–072. Reported at 70 Ohio St.3d 1465, 640 N.E.2d 527. On motion for reconsideration. Motion denied.
DOUGLAS, J., dissents.

**94–1405.** E. Liverpool v. Chisler. *Columbiana County*, No. 93–C–19. Reported at 70 Ohio St.3d 1465, 640 N.E.2d 527. On motion for reconsideration. Motion denied.

**94–1413.** Malone v. Courtyard by Marriott, L.P. *Franklin County*, No. 93APE10–1407. Reported at 70 Ohio St.3d 1465, 640 N.E.2d 527. On motion for reconsideration. Motion granted and discretionary appeal allowed.
RESNICK and F.E. SWEENEY, JJ., dissent.

**94–1437.** Feichtner v. Cleveland. *Cuyahoga County*, No. 65483. Reported at 70 Ohio St.3d 1476, 640 N.E.2d 848. On motion for reconsideration. Motion denied.

**94–1468.** State v. Cooey. *Summit County*, Nos. 15895 and 15966. Reported at 70 Ohio St.3d 1465, 640 N.E.2d 527. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**94–1543.** Forsyth v. Forsyth. *Montgomery County*, No. 14327. Reported at 70 Ohio St.3d 1474, 640 N.E.2d 846. On motion for reconsideration. Motion denied.

**94–1545.** State v. Moore. *Lake County*, No. 92–L–092. Reported at 70 Ohio St.3d 1474, 640 N.E.2d 846. On motion for reconsideration. Motion denied.

**94–1669.** Smith v. Serv–A–Portion, Inc. *Hamilton County*, No. C–940214. Reported at 70 Ohio St.3d 1474, 640 N.E.2d 847. On motion for reconsideration. Motion denied.

**94–1670.** Smith v. Marketing Programs, Inc. *Hamilton County*, Nos. C–940288 and C–940356. Reported at 70 Ohio St.3d 1477, 640 N.E.2d 848. On motion for reconsideration. Motion denied.